IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Yang YANG  (in detention)<br>2323 Archdale Road<br>Reston, VA 20191<br><br>    Petitioner<br><br>            vs.<br><br>Michael Chertoff, the Secretary<br>U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Washington, DC 20528<br><br>Dean McDonalds<br>Supervisor of the USICE, Field Office<br>C/o U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Washington, DC 20528<br><br>and<br><br>Superintendent<br>John Doe Detention Center<br>Metropolitan Washington Areas<br>C/o U.S. Department of Homeland Security<br>245 Murray Lane, SW<br>Washington, DC 20528<br><br>    Respondents | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action<br>) No.<br>) Judge:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

URGENT PETITION FOR WRIT OF HEBEAS CORPUS

Comes now, the petitioner, now being illegally detained and in serious health crises, acting by and through counsel, respectfully pray for a Writ of Habeas Corpus, seeking for immediate, unconditional release from an abusive incarceration before any possible irreparable consequences occur.  Petitioner states and alleges as follows:

## **PARTIES**

The Petitioner is a citizen of the United States (please see the photocopy of her U.S. passport). Petitioner was residing at 2323 Archdale Road, Reston, VA 20191, before she was illegally arrested by the agents from the US Homeland Security, the Respondent, in a warrantless arrest, for the alleged "immigration fraud".

Respondent Michael Chertoff is the Secretary of the U.S. Department of Homeland Security. The U.S. Department of Homeland Security is situated at 245 Murray Lane, SW, Washington, DC 20528. Under the Respondent's leadership and directions, the co-Respondent Dean McDonalds and his team from the U.S. Immigration and Customs Enforcement (ICE) illegally, arbitrarily, and abusively placed the Petitioner, a U.S. citizen, under a warrantless arrest and detained the Petitioner with no cause.

Respondent Dean McDonalds is the supervisor, first level decision maker in the USICE's action. Respondent McDonalds is liable for this on-going gross violation of civil rights because he is in immediate control of the Petitioner, an alleged "alien".(Johnson v. Eisentrager, 339 US 763, 780 (1950)) Mr. McDonalds is liable because he is the individual with daily supervision of the Petitioner, an alleged "alien", since that is the only person who has the ability to physically produce the petitioner to the court (Johnson v. Eisentrager, 339 US 763, 780 (1950)). Respondent Dean McDonalds has the same official address in the District of Columbia under the theory of *respondeas superiori*.

The Co-Respondent John Doe Detention Center whose whereabouts is only known to the primary Respondent, Secretary Michael Chertoff, while the latter decided to remove the

Petitioner's person from her original place of detention which is located at 1435 N. Courthouse Road, Arlington, VA 22209.  The Respondent Superintendant has volunteered itself to act as an unconscionable instrument for the Respondent to illegally keep the Petitioner confined without hearing the grievance of the wrongs in the totality of this case.  Co-Respondent's official address was not properly informed either to the Petitioner, or to her counsel.  It appears that only the Primary Respondent is able, also liable, to produce the John Doe Detention Center's exact location.  We found that John Doe Detention center has become an integral part of this on-going scheme of human rights violations driven by the primary respondent, consequently, we presume the proper recipient of the process service should be taken care of through the official address of the Primary Respondent.

## JURISDICTION AND VENUE

The subject matter jurisdiction is found in 28 U.S.C. § 2241, which grants statutory power to the U.S. District Court, among others, to grant a writ of habeas corpus relief, in connection to Federal Question jurisdiction pursuant to 28 U.S.C. § 1331.

> According to section 2241, one of the situations in which federal courts may grant writs of habeas corpus is when the individual is detained under circumstances that violate the "Constitution or laws or treaties of the United States." (28 USC 2241©(3)(2005)
>
> Article III of the United States Constitution permits federal courts to hear such cases, so long as the United States Congress passes a statute to that effect. However, when Congress passed the Judiciary Act of 1885.  The statute is now found at 28 U.S.C. § 1331: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

This case had clear implication of such Federal question issues at the first place: The Respondent's action has brutally violated the Petitioner's 4th, 5th, 6th, 8th and 14th Amendment rights under the U.S. Constitution; Claim for protection under Title 42 U.S. Civil Rights Act. This Honorable District Court's jurisdiction under 28USC 1331 is also found in the underlying cause pursuant to U.S. Federal Civil Rights Act under 42USC 1983 claimed pursuant to Conspiracies to Interfere With Civil Rights (*See* [[USC:42:1985|42 U.S.C. § 1985]); Conspiracy Against Rights of Citizens (*See* 18 U.S.C. § 241); Deprivation of Rights Under Color of Law, (*See* 18 U.S.C. § 242); The Jurisdictional Statue for Civil Rights Cases (*See* 28 U.S.C. § 1443);

The venue is proper in this judicial district under 28USC 1391(a) because the Respondents are the residents of the District of Columbia and reachable within this Judicial District.

## INTRODUCTION

Petitioner was a 20-year old minor, currently held in U.S. custody without bond for alleged "immigration fraud" (See Respondents' charging paper, namely, "Action" memo as Exhibit #1) . The search and seizure taken by the Respondents against the Petitioner on March 16, 2007 was not presented with warrant, neither have we seen any affidavits in support of warentless arrest and search of the Petitioner's residence.

The Petitioner is currently in very dangerous, and life-threatening, medical condition due to her emotional turbulence after being incarcerated.  The Petitioner was said to have made numerous suicidal attempts by hitting her head to cell's wall and having received psychological counseling.  Numerous efforts have been made by her counsel, including a round-table meeting with the ICE officers on March 20, and a immigration bond hearing on March 22, seeking for her release by bond, and none have been fruitful.  Respondents rejected any proposal for release of this detainee by a long list of ungrounded allegation, while having failed to produce any single piece of evidence to substantiate their accusation.

The Respondent claims that she is a U.S. citizen and indeed she is as shown by prima facie case.  The Respondent claims that she is not an alien in any sense.  A Prima facie case file

4

demonstrated that a U.S. Passport was issued to her on December 9, 2002 (See Exhibit 2). Petitioner would like to offer the documents for proper forensic examination. Respondents argued, without any proof, that the Petitioner, among other things, had committed "immigration fraud". Respondents charged that she "allegedly" procured" her "naturalization certificate by fraud" from Robert Schofield, (when she was in the age of 15), an allegfedly "ex-manager at the Washington District Office of CIS, who has since pled guilty in U.S. District Court to Naturalization Fraud and Bribery of a Senior Public Official.

## **ARGUMENT**

During the Petitioner's Immigration Bond Hearing held in Arlington Immigration Court on March 22, 2007, the counsel from the Respondents' side surprised the Petitioner's Counsel, by showing the Immigration Court a government's charging paper, which alleges, without any supporting or corroborating evidence, as follows, among other things:

> "Ms. Yang was arrested by ICE because she procured her naturalization certificate by fraud from Robert Schofield, an ex-manager at the Washington District Office of Citizenship and Immigration Services who has since pled guilty in U.S. District Court to Naturalization Fraud and Bribery of a Senior Public Official. Schofield is cooperating with Federal Agents…""Ms. Yang admitted to ICE agents (upon her arrest) that she was aware that her parents paid over $100,000.00 in order to …obtain a Citizenship document."

The Petitioner procured her naturalization certificate for over $100,000.00 by fraud from Robert Schofield, an ex-manager at the Washington District Office of Citizenship and Immigration Services?  Is that an admission made by the Respondent, simply put, the Respondent under the current Administration?

We don't know what degree of truth, say, how much probative value, is contained in the Respondent Administration's above statement.  Or under what circumstances the Petitioner made such a statement concerning the alleged "procurement".  We did not see any supporting or corroborating evidence in support of such a incriminating statement.   It appears such a

statement is the typical bureaucratic product under total darkness behind bars, and it involved too much hearsay, double hearsay or multiple hearsay. Therefore, it does have little probative value in overturning the prima facie case that the Petitioner is a U.S. citizen. However, such a discovery on the Respondent's side weighs a mountain weight, in proving a shocking, and scandalous abuse by these Respondents. The Respondents should not be let go unchecked with such admissible evidence of self-admission presented before this Honorable Court, before the entire world.

With such a surprising discovery, assuming *arguendo* such an un-supported allegation were true, the Respondent voluntarily admitted to the world that Mr. Robert Schofield sold the U.S. Government's naturalization Certificate to a 15 year old child for "over US $100,000.00" in sometime 2002. Who is Robert Schofield? "An *ex*-manager at the Washington District Office of Citizenship and Immigration Services", according to the Respondent's allegation. What is "*Washington District Office of Citizenship and Immigration Services*"? Isn't it a flea market? No. It is an integral part of the Respondent, acting under the Respondents' direction and supervision, an integral part of the current Administration. Mr. Schofield is momentarily an "ex-Manager", while still actively "cooperating" with the Respondents as a whole. However, he was not an "ex-manager" for "*Washington District Office of Citizenship and Immigration Services*" when this Petitioner was allegedly "procuring" her USA Naturalization Certificate from him for over $100,000.00. In another words, when Mr. Schofield issued the USA Naturalization Certificate to the Petitioner, 15 in the year of 2002, he **WAS** "the manager", rather than an "Ex-Manager" for "*Washington District Office of Citizenship and Immigration Services*". If Mr. Schofield was "the manager", rather than an "Ex-Manager", for "*Washington District Office of Citizenship and Immigration Services*", to issue a

6

Naturalization Certificate was perfectly within his entrusted, officially delegated duty in the year of 2002. Being an uniformed leading officer, what Mr. Schofield did in the year of 2002, under the same national logo of the United States, was what exactly within the scope of his official employment. What he did was what such of his equivalents, Mr. Chertoff, Mr. Bremmer ("Former" U.S. "Governor" in Iraq), Mr. George W. Bush did, tracing back to the year 2002. Being an integral part of the Respondent, the U.S. Department of Homeland Security, what Mr. Robert Schofield, as the "manager" of USCIS Washington Office, did in the year 2002, in pertinence to this instant case, is an official "act of state", representing an official action of our Federal Government, of our entire nation in the theory of *respondeas superiori*. Then, it appears that the Petitioner's Naturalization Certificate was officially issued by a fully authorized Federal Authority represented by the Manager, rather than an "ex-manager" of "the manager", rather than an "Ex-Manager", of *"Washington District Office of Citizenship and Immigration Services"*, an integral part of the Respondents under Bush Administration. Based upon such an admission, the authenticity of the Paper is self-evident. If there are any clouds of doubt, the Petitioner would like to offer it for authoritative Forensic examination.

    The foregoing is not the end of issues. Further assuming arguendo that what Respondents alleged were true, what then appears seriously questionable is fees paid in return for such an official issuance of such Naturalization paper. To the best of this counsel's knowledge, the processing fee for issuance of naturalization certificate from any managers of USCIS is $400.00, a somewhat expensive amount, but far away from the six digit distortion price tag. If a government employee, acting in U.S. Government Uniform, under our National Logo of the United States, as an integral part of our Federal Government, coerced, or induced a 15-year old minor to pay a skyrocketed ransom of $100,000.00 or more, to "procure" such a disproportionately priced product on

7

behalf of the same Respondent, was such "issuing" and "procuring", between Party A, the Federal Government of the United States, while Party B, a 15-year old minor, fiar and legitimate? If not, what should Party A do responsibly 5 years after the alleged transaction when its flaw was discovered, assuming Party A is an honest, decent actor who cares his own reputation and integrity concerning its remedy?   Pay the retribution of the balance between $400 and $100,000.00, *i.e.* $99,600.00 plus reasonable interests, back to the mistreated, deceived, and deceived minor victim, then 15, now, turning into 20, while retroactively honoring the benefits to the minor victim under the alleged 2002 transaction.

   Unfortunately, the same Respondent that issued the Naturalization paper to the 15 year old minor for over allegedly "over $100,000.00" 5 year before acts and behaves in completely different fashion, an extremely outrageous way.  The Respondent is not just silent on the issue of refund of "$99,600.00" to the victimized minor child, a real victim of 2002 transaction, a typical pattern of the Bush Administration seen in Mr. Bremmer's silence to peoples of both the United States and of Iraq, concerning the super-balance of that four billion dollar patrolmen cash.  Instead, the Respondent has not only dishonored the 2002 transaction in terms of the benefits to the minor after swallowing the at least $99,600.00 from the victim, but further putting the victim in jail for permanent incarceration.   Such sort of "act of state", is not simply unlawful and unethical, it is disgraceful, and disgusting, repeat, disgusting.  The headline of such a saga, may not be comfortable: "The Government of _____ sold a citizenship to a 15-year minor for a coerced price of $100,000.00 in 2002, when found the transaction afoul 5 years later, threatening to take the ultra-expensive stuff back with mouth shut concerning the issue of refunding the money."

There should be no question that Mr. Schofield's 2002 action is a Federal Government's action, whose legal effect and all its derivative consequences should be imputed into the Federal Government of the United States, rather being imputed into then 15 year old minor child.  Such a truth appears crystal clear.

The Petitioner is certainly a U.S. citizen, whose proof of her U.S. citizenship, officially issued by the Federal Government of the United States, can stands all sort of authoritative forensic examination, with or without inclusion of the Respondents' allegation that the Petitioner paid over $100,000.00 to procure it from Mr. Schofield, then manager of USCIS Washington Office.  The Difference is that if the Respondents' allegation were true, as the U.S. government's admission, the Petitioner is legally entitled to a refund from the U.S. Department of Treasury for at least $99,600.00.

The Respondents other charges, whose degree of truthfulness may be comparable to the other unfounded charges, in an apparent attempt to legitimize their unlawful arrests and illegal detention, appear more laughable: The Petitioner is accused for alleged, and incriminating Animal Cruelty (against a dead turtle, b/c the ICE agents luckily found a dead turtle in an apartment where the Petitioner once resided).  Seeing a dead turtle in that place, Respondents happily declared, again in pre-judgment manner,  that the Petitioner would be "held without bond on these charges where she faces up to a year in jail".(Please see the government charging paper, page two, Exhibit 1)  This counsel deeply appreciate the Respondents' enriched compassion over a dead turtle, while humbly suggesting that this world would be much better off if the respondents' humanitarian consideration to an innocent human being held in custody for no cause, to a naïve minor child, to a victimized U.S. citizen of their fellow countryperson,  could be leveled up to match their great sympathy to a dead turtle.  This counsel's knowledge in this nation's animal protection rules may be much limited, however, it does not appear that an overpopulated box-turtle is on this nation's endangered spicy list.

Moreover, there is no records stating that the dead turtle was tattooed with the following statement: "I am under the custody of my caretaker Yang Yang".   Nevertheless, the magnitude of the seriousness in such puffing-up "crimes" simply focused upon a dead turtle that nobody knows from where it came has vividly demonstrated the degree of post 911 civil rights crises, and how absurd in this instant case, beyond bureaucratic fuss and mischief.

The Petitioner, a U.S. citizen, is now being held by the Respondents endlessly, arbitrarily, without due process. Though, an immigration bond hearing was held and bonding was summarily denied. The immigration bond hearing in this sort of cases is not "due process", because the immigration court is not a proper forum for its being lack of jurisdiction, lack of impartiality to trial an asserted U.S. citizen,  at least on this stage of the development. (Frank v. Rogers, 102 US App. DC 367 (DC Cir 1958)   All the Respondent's allegations, are not supported by any proof, however, the Respondents bears all burden of proof in substantiating their allegation of immigration fraud, including to prove the allienage. (Woodby v. INS, 385 U.S. 276, 286 (1966))

## **CONCLUSION**

To say the least, if the respondents do have any grounds to launch their pursuit of the Petitioner, it is not proper to hold the Petitioner, a naïve young girl of 20, for the alleged, unsubstantiated offence being allegedly committed in the age of 15, behind bars endlessly at their free will, while tramping the basic constitutional rights under their heavy boots.

Momentarily, this young petitioner's health and life is under immediate and lethal risk.  If the United States of America, a universally acclaimed constitutional democracy, still wants to demonstrate to its own citizens, as well as the citizens of the rest of the world, that it is still a great nation committing to its heritage in full respect of its own constitution and law, this is a

typical case for this Honorable Court to grant a "great Writ" of Habeas Corpus. It is crystal clear that the United States Constitution itself, by its black letter text, guarantees that "[t]he Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it." (U.S. Constitution, Article I, Section 9, Cl. 2) The "grand purpose of the writ of habeas corpus is the protection of individuals against erosion of their right to be free from wrongful restraints upon their liberty." (Coalition of Clergy, lawyers and Professor vs. Bush, 189 F. Supp 2nd, 1036, 1039(CD Cal.2002))

She, through her counsel, respectfully prays that the Writ of Habeas Corpus be properly issued in her favor.

      Petitioner also respectfully prays that this case be tried by Jury pursuant to Rule 2-511.

      Petitioner further respectfully prays for an immediate hearing under medical and other emergency. An oral argument is also respectfully prayed.

      Respectfully submitted

      Petitioner Yang Yang, by
      Ning Ye, Esq. Off Counsel
      Martin McMahon and Associates
      1150 Connecticut Avenue, NW, #900
      Washington, DC 20036
      202-862-4343
      202-828-4130
      Email: Ynyale@aol.com

Affidavit Statement

I, Ning Ye, being duly sworn, deposes and says:

I am an attorney of good standing with this Honorable Court. I am retained by detainee Yang Yang, and her family to defend her case. I am the counsel who involved in the negotiation and immigration hearing on Yang Yang's behalf, hopefully leading to her release by bond, but getting an impasse due to the Respondents' irrational stonewalling attitude. I prepared this Urgent Petition based upon the truth and facts in the best of my knowledge and belief.

    Ning Ye, Esq.
    Petitioner Yang Yang, by
    Ning Ye, Esq. Off Counsel
    Martin McMahon and Associates
    1150 Connecticut Avenue, NW, #900
    Washington, DC 20036
    202-862-4343
    202-828-4130
    Email: Ynyale@aol.com

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

07-572
H JR

**I (a) PLAINTIFFS** YANG YANG

**DEFENDANTS** Michael Chertoff, et al

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF Fairfax, VA
(EXCEPT IN U.S. PLAINTIFF CASES)
88888

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT Wash. DC
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION...

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

1150 Conn. Ave, NW #900
Wash. DC 20036

Case: 1:07-cv-00572
Assigned To: Robertson, James
Assign. Date: 3/23/2007
Description: YANG v. CHERTOFF

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

### ☐ A. Antitrust
☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ☒ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☒ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☒ G. *Habeas Corpus/ 2255*<br>☒ 530 Habeas Corpus-General<br>☒ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ I. *FOIA/PRIVACY ACT*<br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

V. ORIGIN
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
28 USC § 2241

VII. REQUESTED IN COMPLAINT   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: ☒ YES  ☐ NO

VIII. RELATED CASE(S) IF ANY   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 3/23/2007   SIGNATURE OF ATTORNEY OF RECORD _____

INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

√:\forms\js-44.wpd