IN THE U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Yang YANG  (in detention) | ) |
|  | ) |
| Petitioner | ) |
|  | ) |
| vs. | ) Civil Action |
|  | ) No. 1:07-cv-00572 |
| Michael Chertoff, et al | ) Judge: The Hon. James Robertson |
| Respondents | ) |

# PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL OF HER URGENT PETITION FOR WRIT OF HEBEAS CORPUS

Comes now, the petitioner, respectfully moves that her Petition for Writ of Habeas Corpus be voluntarily dismissed for the following reasons: The Petitioner Yang Yang was released from jail and charges brought against her by the ICE, later by the District Counsel, was withdrawn and immigration removal proceeding held against her was administratively terminated. As a result, she was released from incarceration free of bond. Due to these developments after this Petition for Writ, the Petitioner's cause of action has become moot. Consequently, the Petitioner gratefully, and respectfully prays that her Petition for Writ is voluntarily dismissed.

Respectfully submitted

Petitioner Yang Yang, by
Ning Ye, Esq. Off Counsel
Martin McMahon and Associates
1150 Connecticut Avenue, NW, #900
Washington, DC 20036
202-862-4343
202-828-4130
Email: Ynyale@aol.com

Case 1:07-cv-00572-JR    Document 2    Filed 04/02/2007    Page 2 of 2